## NATIONAL LABOR RELATIONS BOARD, Petitioner,

### v.

## EASTERN DIE CO., Respondent.

### No. 6356.

United States Court of Appeals
First Circuit.

Jan. 25, 1965.

Solomon I. Hirsh, Washington, D. C.,
with whom Arnold Ordman, Gen. Counsel,
Dominick L. Manoli, Assoc. Gen. Counsel,
Marcel Mallet-Prevost, Asst. Gen. Coun-
sel, and Michael N. Sohn, Atty., National
Labor Relations Board, Washington, D.
C., were on brief, for petitioner.

Henry Wise, Boston, Mass., with whom
Robert L. Wise and Wise & Wise, Boston,
Mass., were on brief, for respondent.

Before WOODBURY, Chief Judge, AL-
DRICH, Circuit Judge, CAFFREY, Dis-
trict Judge.

PER CURIAM.

There is so little merit in any of
the defenses raised in opposition to this
petition for enforcement of an order of
the National Labor Relations Board that
it is quite unnecessary to recite the facts.
It will suffice to say that the record con-
sidered as a whole amply supports the
Board's finding that the respondent vio-
lated § 8(a) (1) and (3) of the Act, 61
Stat. 140, 29 U.S.C. § 158(a) (1) and
(3), by threateningly interrogating some
of its employees with respect to their
union activities and by discriminating-
ly laying off some union sympathizers
and failing to reinstate them to substan-
tially equivalent employment.

The respondent's contention that
the evidentiary use of the statement at-
tributed to its manager that the Union *
undertaking to organize its plant "would

* International Union of Electrical, Radio and Machine Workers, AFL-CIO.

get the boys in trouble" or the statement to an employee attributed to its foreman that he had "better not get caught with a Union leaflet" would violate the First Amendment and § 8(c) of the Act is groundless. Neither § 8(c) of the Act, 61 Stat. 142, 29 U.S.C. § 158(c) nor the First Amendment prohibits the evidentiary use of statements by management which contain a "threat of reprisal." See NLRB v. Virginia Electric & Power Co., 314 U.S. 469, 477, 478, 62 S.Ct. 344, 86 L.Ed. 348 (1941). When considered with the surrounding facts and circumstances the statements quoted above were properly, indeed necessarily, found to contain such a threat.

A decree will be entered enforcing the order of the Board.